1

# JS-6

2

3

4

5

6  UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

7

8   ANGEL LOPEZ,                          ) Case No: 2:24-cv-04283-HDV-SHK
9                                         )
      Plaintiff,                          ) [PROPOSED]
10                                        ) **JUDGMENT**
11          vs.                           )
12                                        )
    MARTIN O'MALLEY,                      )
13  Commissioner of Social Security,      )
14                                        )
      Defendant.                          )
15

16      The Court hereby approves the parties' Stipulation to Voluntary Remand

17  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

18  ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS

19  HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned

20  action is remanded to the Commissioner of Social Security for further proceedings

21  consistent with the Stipulation to Remand.

22

23  DATED:  11/12/24        _____

24                          HON. Hernán D. Vera
25                          U.S. District Judge

26

27

28