UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

ANGEL RANAE LOPEZ,

    Plaintiff,

vs.

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

Case No.:  2:24-CV-04283-HDV-SHK

**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of EITGHT THOUSAND NINE HUNDRES DOLLARS ($8,900.00), are awarded to Plaintiff, subject to the terms of the stipulation.

    IT IS SO ORDERED.

Dated: 2/11/2025

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE